UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KATHLEEN MAIER,

Plaintiffs,

v.

MIDWEST MEDICAL INSURANCE COMPANY, a Minnesota corporation and MIDWEST MEDICAL INSURANCE HOLDING COMPANY, a Minnesota corporation,

Defendants.

01 CV 1544 (DDA/FLN)

**ORDER OF DISQUALIFICATION**

The above-entitled action has been assigned to the undersigned, a senior judge of the above court. The undersigned, does hereby disqualify himself pursuant to 28 U.S.C. § 455(a).

Upon the foregoing,

**IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated April 2, 2001, the above captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Civil Rights List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above-captioned case.

DATED: August 28, 2001.

DONALD D. ALSOP, Senior Judge
United States District Court

(2)

FILED AUG 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

FILE COPY

Date: August 30, 2001 jr

---

RECORD OF DOCKET TEXT

---

0:01-cv-01544 Maier v. Midwest Medical Ins

---

DOCKET ENTRY

---

ORDER of disqualification (Senior Judge Donald D. Alsop) Case reassigned to Judge Paul A. Magnuson, and Case referred to Magistrate Judge Jonathan G. Lebedoff. Case number remains the same except for Judges' and Magistrate Judges' initials (01-1544 PAM/JGL). Number with new initials to be used on all future filings and papers submitted to the Court regarding this civil action (01-1544 PAM/JGL). (c: attys.) 1pg PAM/JGL pg(s) (cc: all counsel)

Hon. Paul A Magnuson, Judge

THIS NOTICE SENT TO ALL COUNSEL