**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Kathleen Maier,

Plaintiff,

v.

Midwest Medical Insurance Holding Company, a Minnesota corporation,

Defendant.

Case Type: Employment
Case File No.: 01-CV-1544 (JEL/JGL)

**STIPULATION AND ORDER FOR EXTENTION OF TIME TO SERVE AND FILE DISPOSITIVE MOTION MEMORANDUM OF LAW AND SUPPORTING DOCUMENTS**

Plaintiff Kathleen Maier and Defendant Midwest Medical Insurance Holding Company, through their undersigned counsel, stipulate and agree that Plaintiff is granted an extension until December 9, 2002 to answer or otherwise respond to Defendant's dispositive motion, that Defendant is granted an extension until December 16, 2002, to serve a reply memorandum of law; and that Paragraph 6 of the Pretrial Scheduling order is amended to provide that the dispositive motions must be noticed, served and filed in accordance with local rules on or before December 16, 2002.

**FOR THE PLAINTIFF:**

NEATON, PUKLICH & KLASSEN

By ______________________
John A. Klassen (#24434X)
601 Carlson Parkway, Suite 620
Minnetonka, MN 55305
(952) 258-8444

**FOR THE DEFENDANT:**

BEST & FLANAGAN LLP

By ______________________
Frank Vogl (#113050)
225 South Sixth Street, Suite 4000
Minneapolis, MN 55402
(612) 339-7121

FILED NOV 2 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS SO ORDERED this 21 day of Nov., 2002.

BY THE COURT:

The Honorable Jonathan Lebedoff
Chief U.S. Magistrate Judge

8788\202467\214883