UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Kathleen Maier,

Plaintiff,

v.

Midwest Medical Insurance Holding Company, a Minnesota corporation,

Defendant.

Case Type: Employment
Case File No.: 01-CV-1544 (JEL/JGL)

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO SERVE AND FILE DISPOSITIVE MOTION MEMORANDUM OF LAW AND SUPPORTING DOCUMENTS**

Plaintiff Kathleen Maier and Defendant Midwest Medical Insurance Holding Company, through their undersigned counsel, stipulate and agree that Plaintiff's memorandum of law in opposition to Defendant's motion for summary judgment was served on December 11, 2002, and that Defendant is granted an extension until December 18, 2002, to serve a reply memorandum of law; and that Paragraph 6 of the Pretrial Scheduling order is amended to provide that the dispositive motions must be noticed, served and filed in accordance with local rules on or before December 18, 2002.

**FOR THE PLAINTIFF:**

NEATON, PUKLICH & KLASSEN

By ______________________
John A. Klassen (#24434X)
601 Carlson Parkway, Suite 620
Minnetonka, MN 55305
(952) 258-8444

Dated: December 12, 2002

**FOR THE DEFENDANT:**

BEST & FLANAGAN LLP

By ______________________
Frank Vogl (#113050)
225 South Sixth Street, Suite 4000
Minneapolis, MN 55402
(612) 339-7121

Dated: December 12, 2002

FILED DEC 1 _ 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

IT IS SO ORDERED this 16 day of December, 2002.

BY THE COURT:

The Honorable Jonathan Lebedoff
Chief U.S. Magistrate Judge

8788\202467\214883_v2