UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Kathleen Maier,

Plaintiff,

v.

Midwest Medical Insurance Company, a Minnesota corporation, and Midwest Medical Insurance Holding Company, a Minnesota corporation,

Defendants.

Case Type: Employment
Case File No.: 01-CV-1544 (JEL/JGL)

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO SERVE AND FILE DISPOSITIVE MOTION MEMORANDUM OF LAW AND SUPPORTING DOCUMENTS**

Plaintiff Kathleen Maier and Defendant Midwest Medical Insurance Holding Company Medical Insurance Holding Company, through their respective counsel, stipulate and agree that plaintiff's memorandum of law in opposition to defendant's motion for summary judgment was served on December 11, 2002, that an extension of time was granted to defendant by Order of this Court until December 18, 2002 in which to serve its reply memorandum of law; and that defendant is granted a further extension of time until December 20, 2002 in which to serve its reply memorandum of law; and that paragraph 6 of the Pretrial Scheduling Order is amended to provide that dispositive motions must be noticed, served and filed in accordance with local rules on or before December 20, 2002.

**FOR PLAINTIFF:**

NEATON, PUKLICH & KLASSEN

By: [signature]
John A. Klassen (#24434X)
601 Carlson Parkway, Suite 620
Minnetonka, Minnesota 55305
(952) 258-8444

Dated: December 18, 2002

**FOR DEFENDANT:**

BEST & FLANAGAN LLP

By: [signature]
Frank Vogl (#113050)
225 South Sixth Street, Suite 400
Minneapolis, Minnesota 55402
(612) 339-7121

Dated: December 18, 2002

FILED DEC 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

12/18/2002 WED 11:24 FAX 952 258 9988 NEATON & PUKLICH 004/004

**ORDER**

IT IS SO ORDERED this 19 day of December, 2002.

BY THE COURT:

Honorable Jonathan Lebedoff
Chief U.S. Magistrate Judge



Received 18-12-02 11:27am From-952 258 9988 To-Best & Flanagan Page 004
12-18-02 02:57pm From-Best & Flanagan +6123395897 T-824 P.004/004 F-412